## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROGER E. DANNELS,** ) | |
|         **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-4122-JAR |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF** ) | |
| **SOCIAL SECURITY,** ) | |
|         **Defendant.** ) | |
|         **Defendant.** ) | |
| _____ ____) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be affirmed and judgment be entered in accordance with the fourth sentence of 42 U.S.C. § 405(g), as recommended in the August 20, 2008 Recommendation and Report (Doc. 22).

**IT IS SO ORDERED**.

Dated this 11th day of September, 2008.

                                            **S/   Julie A. Robinson**
                                            **Julie A. Robinson**
                                            **United States District Judge**